IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3129 |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES P. MASAT, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

Defendant Masat has moved to continue the pretrial motion deadline currently set for April 14, 2011. (Filing No. 33). Defendant Masat joins in the motion filed by defendant Levea (filing no. 32), and explains additional time is needed to receive and review discovery before deciding if pretrial motions should be filed. The court finds the motion should be granted.

IT IS ORDERED:

1) Defendant Masat's unopposed motion to continue, (filing no. 33), is granted and this defendant's pretrial motions and briefs shall be filed on or before August 15, 2011.

2) Based upon the government's showing at the time of the initial appearance regarding the volume of records involved in this case, and the representations in defendant Levea's motion (filing no. 32) regarding the government's difficulty in converting the discovery documents into a searchable electronic form, the court finds this case remains "unusual and complex," and is exempted from the time restrictions of the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(B)(ii) because it would be unreasonable for the court to require counsel and the parties to be ready for trial within such restrictions.

DATED this 18th day of April, 2011.

BY THE COURT:
*s/ Cheryl R. Zwart*
United States Magistrate Judge