IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:10CR3129-2 |
| v. | ) | |
| JAMES P. MASAT, | ) | JUDGMENT |
| Defendant. | ) | |

IT IS ORDERED that judgment is entered for the United States of America and against James P. Masat providing that he shall take nothing and his Motion to Vacate Under 28 U.S.C. § 2255 (filing no. 147) is denied and dismissed with prejudice. No certificate of appealability will be issued by the undersigned.

DATED this 10th day of February, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge