<span style="color:red">**SEALED**</span>

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
|         Plaintiff, | |
| vs. | |
| JAMES P. MASAT, | 4:10CR3129 |
|         Defendant, | |
| And | |
| LINCOLN BENEFIT LIFE, | |
|         Garnishee. | |

**EX-PARTE ORDER TO ISSUE WRIT OF CONTINUING GARNISHMENT**

This matter comes before this Court on the Ex-Parte Application for Writ of Continuing Garnishment of the Plaintiff, United States of America, for an order to issue the Writ of Continuing Garnishment against Lincoln Benefit Life, the garnishee, and for good cause shown.

IT IS HEREBY ORDERED that the Clerk of the Court shall issue a Writ of Continuing Garnishment against Lincoln Benefit Life, 1221 N St, Lincoln, NE 68508.

August 13, 2020.

BY THE COURT:
*s/ Cheryl R. Zwart*
United States Magistrate Judge